IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| PERFORMANCE LIVESTOCK ANALYTICS 2.0, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | **Case No. 6:58-cv-02049-KEM** |
| v. | ) ) | **NOTICE OF** |
| REDBOOK SOFTWARE, INC., | ) ) | **PROOF OF SERVICE** |
| Defendant. | ) ) ) ) ) | |

Attached as Exhibit A, please see a Proof of Service showing Defendant Redbook Software, Inc. was served the Complaint and Summons on September 7, 2025.

             */s/ Teresa B. Morio*
TERESA B. MORIO          AT0000755
MOLLY M. PARKER          AT0012335
                    for
SHUTTLEWORTH & INGERSOLL, P.L.C.
235 6th Street SE
P. O. Box 2107
Cedar Rapids, Iowa  52406-2107
 (319) 365-9461 Phone
 (319) 365-8564 Fax
tbm@shuttleworthlaw.com
mmp@shuttleworthlaw.com

*Attorneys for Performance Livestock Analytics 2.0, Inc.*

**Plaintiff's Notice of Proof of Service**                                                                                                  1

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   6:25-cv-02049-KEM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Redbook Software Inc. Registered Agent: United Corporate Services, Inc.** was recieved by me on **9/04/2025:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Jill Richter**, who is designated by law to accept service of process on behalf of **Redbook Software Inc. Registered Agent: United Corporate Services, Inc.** at **10725 W 85th Pl, Arvada, CO 80005** on **09/07/2025 at 9:59 AM**; or

☐    I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:  09/07/2025

*Server's signature*

**Misty Richards**
*Printed name and title*

**6062 Newcombe Ct**
**Arvada, CO 80004**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Complaint; Summons,  to Jill Richter who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 55-65 years of age, 5'6"-5'8" tall and weighing 180-200 lbs.**



Notice of Proof of Service
Exhibit A
Page 1 of 1

Tracking #: **0185335932**

